**1056**

No. 1714, Misc. ANTONETTY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1715, Misc. McGEE v. MISSOURI. Sup. Ct. Mo. Certiorari denied. *William H. Webster* for petitioner. *John C. Danforth,* Attorney General of Missouri, and *Charles B. Blackmar,* Special Assistant Attorney General, for respondent.

No. 1720, Misc. STEWART v. DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 1722, Misc. BENSON v. PRENTICE HALL, INC. C. A. 2d Cir. Certiorari denied. *Murray M. Segal* for petitioner. *Thomas A. Diskin* for respondent.

No. 1726, Misc. COX v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1727, Misc. RONDINONE v. REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied. *Igor I. Sikorsky, Jr.,* for petitioner. *John D. LaBelle* for respondent.

No. 1731, Misc. TUCKER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1732, Misc. SLOAN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 1736, Misc. McNAMARA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for the United States.